# GROUP EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-067**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Aracnafaria

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 30, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hied
**Date:** May 16, 2019

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-064**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Angel Rose

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 31, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
**Author Created:** 2-Dimensional artwork
**Work made for hire:** No
**Citizen of:** United Kingdom
**Year Born:** 1972
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, BRADFORD, BD10 OPB, UK

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hied
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-061**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Spirit Guide

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 30, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-152-048**

**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Protector

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 30, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2016

**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-065**
Effective Date of Registration:
May 17, 2019

## Title

**Title of Work:** Summon the Reaper

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 31, 2009
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-152-057**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Blue Moon

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 29, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-068**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Enchantment

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 30, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-063**
Effective Date of Registration:
May 17, 2019

## Title

**Title of Work:** Kindred Spirits

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** March 31, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-055**
Effective Date of Registration:
May 17, 2019

## Title

**Title of Work:** Gothic Prayer

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 31, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge,, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**VA 2-152-045**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Dark Hearts

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 31, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-152-019**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Spell Weaver

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-152-058**
**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Dragonkin

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 30, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.