**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ART ASK AGENCY, | ) | |
| | ) | Case No.:  20-cv-1666 |
| Plaintiff, | ) | |
| | ) |  Judge: |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATION | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO
AFFILIATES
PURSUANT TO FED R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Plaintiff ART ASK AGENCY ("Plaintiff"), a nongovernmental corporate party, makes the following disclosure pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rules of the United States District Court Northern District of Illinois Rule 3.2:

No parent corporation owns more than 5% of the stock of ART ASK AGENCY.  No publicly held corporation owns more than 5% of the stock of ART ASK AGENCY.  ART ASK AGENCY has no publicly held affiliates (as defined by LR 3.2).

Respectfully submitted,

Dated:  March 9, 2020

By:    s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        William B. Kalbac (Bar No. 6301771)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        Art Ask Agency

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement and Notification as to Affiliates was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 9, 2020.

       s/Michael A. Hierl