# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



Registration Number

**VA 2-152-067**

Effective Date of Registration:
May 17, 2019

## Title

| | |
|---|---|
| Title of Work: | Aracnafaria |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | April 30, 2009 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hied |
| Date: | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-064

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| Title of Work: | Angel Rose |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | March 31, 2009 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| •       Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, BRADFORD, BD10 OPB, UK |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hied |
| Date: | May 16, 2019 |

Page 1 of 2

Correspondence:    Yes
Copyright Office notes:    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesla*

United States Register of Copyrights and Director



Registration Number

## VA 2-152-061

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| Title of Work: | Spirit Guide |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | April 30, 2011 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

Page 1 of 2

Correspondence:      Yes
Copyright Office notes:    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-048

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Protector |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 30, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2016 |

Copyright Office notes:   Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

United States Register of Copyrights and Director



Registration Number
## VA 2-152-065
Effective Date of Registration:
May 17, 2019

---

## Title

Title of Work: Summon the Reaper

Nature of Claim: Lithographic print

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: August 31, 2009
Nation of 1st Publication: United Kingdom

## Author

Author: Anne Stokes
Author Created: 2-Dimensional artwork
Work made for hire: No
Citizen of: United Kingdom
Year Born: 1972
Anonymous: No
Pseudonymous: No

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Michael A. Hierl
Date: May 16, 2019

Page 1 of 2

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so." |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-152-057**

**Effective Date of Registration:**
May 17, 2019

## Title _____

| | |
|---|---|
| Title of Work: | Blue Moon |
| Nature of Claim: | Lithographic print |

## Completion/Publication _____

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | February 29, 2016 |
| Nation of 1st Publication: | United Kingdom |

## Author _____

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant _____

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim _____

| | |
|---|---|
| Previously registered: | No |

## Certification _____

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

Page 1 of 2

Correspondence:     Yes
Copyright Office notes:     Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-068

**Effective Date of Registration:**
May 17, 2019

---

## Title _____

**Title of Work:** Enchantment

**Nature of Claim:** Lithographic print

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** September 30, 2016
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant _____

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
United Kingdom

## Limitation of copyright claim _____

**Previously registered:** No

## Certification _____

**Name:** Michael A. Hierl
**Date:** May 16, 2019

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

Registration Number
**VA 2-152-063**
Effective Date of Registration:
May 17, 2019

## Title

**Title of Work:** Kindred Spirits

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** March 31, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
**Author Created:** 2-Dimensional artwork
**Work made for hire:** No
**Citizen of:** United Kingdom
**Year Born:** 1972
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

Page 1 of 2

**Correspondence:**    Yes
**Copyright Office notes:**    Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

United States Register of Copyrights and Director



Registration Number

## VA 2-152-055

Effective Date of Registration:
May 17, 2019

## Title

| | |
|---|---|
| Title of Work: | Gothic Prayer |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2008 |
| Date of 1st Publication: | January 31, 2008 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge,, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lingle*

United States Register of Copyrights and Director



Registration Number

## VA 2-152-045

Effective Date of Registration:
May 17, 2019

---

## Title

| | |
|---|---|
| Title of Work: | Dark Hearts |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | March 31, 2012 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-019

**Effective Date of Registration:**
May 17, 2019

## Title

**Title of Work:** Spell Weaver

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 28, 2018
**Nation of 1st Publication:** United Kingdom

## Author

**Author:** Anne Stokes
**Author Created:** 2-Dimensional artwork
**Work made for hire:** No
**Citizen of:** United Kingdom
**Year Born:** 1972
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

Page 1 of 2

Correspondence:        Yes
Copyright Office notes:    Regarding publication: The date of publication is an approximation.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-058

Effective Date of Registration:
May 17, 2019

## Title

| | |
|---|---|
| Title of Work: | Dragonkin |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | November 30, 2012 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.