**Jessica J Ramos**

| | |
|---|---|
| **From:** | Christine Blank <cblank@HSPLEGAL.COM> |
| **Sent:** | Thursday, March 12, 2020 12:46 PM |
| **To:** | Proposed Order Seeger |
| **Cc:** | Michael A. Hierl; William B. Kalbac |
| **Subject:** | Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto/20-cv-1666/Docket No. 11/Temporary Restraining Order |
| **Attachments:** | Order.doc; Schedule A.DOCX |

On behalf of Michael A. Hierl, please find attached correspondence relative to the above named matter. Please address any questions, comments or concerns regarding this transmission directly to Mr. Hierl. Thank you.



**Christine Blank**, *Legal Assistant*
HUGHES SOCOL PIERS RESNICK DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
Dir **312.604.2668**  Fax **312.604.2669**

cblank@hsplegal.com
Click to send me files.