UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Art Ask Agency

Plaintiff,

v.

Case No.: 1:20−cv−01666

Honorable Steven C. Seeger

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2020:

MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the Notice of Voluntary Dismissal (Dckt. No. [34]) and under Rule 41(a)(1), all remaining Defendants identified in Schedule A are dismissed without prejudice. Each party shall bear its own attorney's fees and costs. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KERWIN POSLEY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 19, 2020